# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**HERBERT ANDERSON, ET AL.**                                                              **PLAINTIFFS**

**v.**                              **NO. 3:03CV-00278 GTE**

**WEST MEMPHIS SCHOOL DISTRICT**                                                  **DEFENDANT**

## ORDER

The Arkansas Supreme Court having spoken in Plaintiffs' favor on a certified question of law by The Honorable J. Leon Holmes in *Crenshaw, et al v. Eudora School District*, Case No. 5:03-CV-330 JLH (See Docket No. 23),

IT IS THEREFORE ORDERED THAT Defendant's Motion to Dismiss (Docket No. 13) be, and it is hereby, DENIED.

IT IS SO ORDERED this 12th day of August, 2005.

                                                  /s/Garnett Thomas Eisele
                                                  UNITED STATES DISTRICT JUDGE