IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HERBERT ANDERSON; MORRIS BROWN;
HUBERT CHILDERS; LEATHA DAVIS; OSCAR
DAWSON; HERBERT DORSEY; ERVIN GATES;
ROBERT GRANGER; EDDIE JONES; JAMES LEWIS;
EARNEST MOTEN; JACK O'GWIN, JR.; REGINALD
PERRY; FREDDIE TAYLOR; AND WILLIE WILLIAMS;
INDIVIDUALLY AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED                                                                    PLAINTIFFS

vs.                                         NO. 3:03CV00278 GTE

WEST MEMPHIS SCHOOL DISTRICT                                       DEFENDANT

## ORDER OF DISMISSAL

Pursuant to the Stipulation for Dismissal filed by the parties stipulating that the Complaint of all Plaintiffs can be dismissed by the Court,

IT IS THEREFORE, BY THE COURT, CONSIDERED, ORDERED AND ADJUDGED that the Separate Complaints of Plaintiffs, Leatha Davis and Willie Williams, are hereby dismissed with prejudice, their claims having been resolved by settlement.

IT IS FURTHER ORDERED, that the remaining Complaints of Plaintiffs, Herbert Anderson, Morris Brown, Hubert Childers, Oscar Dawson, Herbert Dorsey, Ervin Gates, Roger Granger, Eddie Jones, James Lewis, Earnest Moten, Jack O'Gwin, Jr., and Freddie Taylor, are hereby dismissed without prejudice.

SO ORDERED this 10th day of July, 2006.

_/s/ Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE